IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 0 6 2005

Michael N. Milby, Clerk of Court

CHILDRESS SEAFOOD, INC., §
X. F. CHILDRESS §
*Plaintiffs* §
§
Vs § CIVIL ACTION NO.
§ G-05-219
UNITED STATES ARMY CORPS OF §
ENGINEERS §
*Defendants* §

**ORDER GRANTING PLAINTIFFS' MOTION TO**
**TRANSFER TO THE COURT OF FEDERAL CLAIMS**

After considering Plaintiffs' motion to transfer the Court:

Finds that it has the authority to transfer to cure want of jurisdiction under 28 U. S. C. § 1631 and finds that it is in the interest of justice to do so. Therefore, the Court GRANTS Plaintiffs' motion to transfer this case to the Court of Federal Claims.

SIGNED on this the 6th day of July, 2005.

U.S. DISTRICT COURT JUDGE

APPROVED & ENTRY REQUESTED:

Paul W. O'Finan
Attorney for Plaintiffs

TRUE COPY I CERTIFY
ATTEST: 7/8/05
MICHAEL N. MILBY, Clerk
By C. McBroom
Deputy Clerk

3