CLOSED

# U.S. District Court
## Southern District of Texas (Galveston)
## CIVIL DOCKET FOR CASE #: 3:05-cv-00219
## Internal Use Only

Childress Seafood Inc et al v. United States Army Corps Of Engineers
Assigned to: Judge Samuel B Kent
Related Case: 3:05-cv-00151
Case in other court: USDC/Galveston Division, 05-00151
Cause: 28:1331 Fed. Question: Tort Action

Date Filed: 04/20/2005
Jury Demand: None
Nature of Suit: 240 Torts to Land
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Childress Seafood Inc** represented by **Paul William O'Finan**
Attorney at Law
9597 Jones Rd
Ste 317
Houston, TX 77065
281-807-5794
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon T Nash**
Tolleson & Nash
26510 Keith St
Spring, TX 77373
281-350-3900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WF Childress** represented by **Paul William O'Finan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon T Nash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

TRUE COPY I CERTIFY
ATTEST: 9/13/05
MICHAEL N. MILBY, Clerk
By [signature]
Deputy Clerk

V.

**Defendant**

**United States Army Corps Of Engineers** represented by **Charmaine Michele Aarons Holder**
Asst US Atty

PO Box 61129
Houston, TX 77208
713-567-9765
Fax: 713-718-3303 fax
Email: charmaine.holder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2005 | 1 | COMPLAINT against United States Army Corps Of Engineers (Filing fee $ 250) filed by all plaintiffs.(ceaton, ) (Entered: 04/20/2005) |
| 04/20/2005 | | Filing fee re: 1 Complaint: $ 250.00, receipt number 319004 , filed. (ceaton, ) (Entered: 04/20/2005) |
| 04/20/2005 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/6/2005 at 09:40 AM before Judge Samuel B Kent.( Signed by Judge Samuel B Kent ) Parties notified.(ceaton, ) Additional attachment(s) added on 4/20/2005 (mgore, ). (Entered: 04/20/2005) |
| 04/20/2005 | 3 | ORDER re: Computer Codes Printed on Proposed Orders .( Signed by Judge Samuel B Kent ) Parties notified.(ceaton, ) (Entered: 04/20/2005) |
| 04/20/2005 | | Summons Issued as to United States Army Corps Of Engineers , filed. (ceaton, ) (Entered: 04/20/2005) |
| 05/06/2005 | 4 | CERTIFICATE OF INTERESTED PARTIES by Childress Seafood Inc, WF Childress, filed.(gfrancis, ) (Entered: 05/06/2005) |
| 05/06/2005 | 5 | SUMMONS Returned Executed. United States Army Corps Of Engineers served on 4/22/2005, answer due 6/21/2005, filed.(gfrancis, ) (Entered: 05/06/2005) |
| 06/21/2005 | 6 | MOTION and Memorandum in Support to Dismiss for Lack of Jurisdiction by United States Army Corps Of Engineers, filed. Motion Docket Date 7/11/2005. (Attachments: # 1 Proposed Order)(gfrancis, ) (Entered: 06/22/2005) |
| 06/30/2005 | 7 | MOTION to Transfer Case to Court of Federal Claims by Childress Seafood Inc, WF Childress, filed. Motion Docket Date 7/20/2005. (Attachments: # 1 Proposed Order)(gfrancis, ) (Entered: 06/30/2005) |
| 06/30/2005 | 8 | MEMORANDUM In Support re: 7 MOTION to Transfer Case to Court of Federal Claims by Childress Seafood Inc, WF Childress, filed. (gfrancis, ) (Entered: 06/30/2005) |
| 07/06/2005 | 9 | ORDER GRANTING PLAINTIFFS' MOTION TO TRANSFER TO THE COURT OF FEDERAL CLAIMS ;terminating 6 Motion to Dismiss, granting 7 Motion to Transfer Case .( Signed by Judge Samuel B Kent ) Parties notified.(gfrancis, ) (Entered: 07/06/2005) |
| | | |

| | | |
|---|---|---|
| 07/06/2005 | | ***Case Terminated. (cmcbroom, ) (Entered: 07/06/2005) |