# In the United States Court of Federal Claims

No. 05-1044C

(Filed: October 4, 2005)

***********************************
**CHILDRESS SEAFOOD, INC., et al.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On September 29, 2005, Plaintiff attempted to file an electronic copy of its amended complaint as originally filed in the United States District Court for the Southern District of Texas, Galveston Division. Pursuant to RCFC 3.1(a)(2), however, Plaintiff must file an original and 7 copies of the amended complaint in paper format.

The Court ORDERS that the Clerk of Court strike Plaintiff's amended complaint.

The Court further ORDERS that Plaintiff:

1. Refile its amended complaint in paper format pursuant to RCFC 3.1(a)(2).

2. Correct the caption of the complaint to designate the United States as the sole defendant.

3. Concurrently file its proposed notice of directly related cases.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge