IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHILDRESS SEAFOOD, INC., | § | |
| W. F. CHILDRESS | § | |
| *Plaintiffs* | § | |
| | § | |
| Vs | § | CIVIL ACTION NO. |
| | § | 05-1044 C |
| THE UNITED STATES | § | |
| *Defendant* | § | |

**PROPOSED NOTICE OF DIRECTLY RELATED CASES**

1. *Fisherman's harvest, Inc., et al v. United States,* Cause No. 05-840c is directly related to this case.

Respectfully submitted,

s/ Paul W. O'Finan
Texas Bar No. 24027376
Federal ID No. 30719
9597 Jones Road #317
Houston, Texas 77065
(713) 202-1776

ATTORNEY FOR PLAINTIFFS