IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHILDRESS SEAFOOD, INC., | § | |
| W. F. CHILDRESS | § | |
| *Plaintiffs* | § | |
| | § | |
| Vs | § | CIVIL ACTION NO. |
| | § | 05-1044 C |
| THE UNITED STATES | § | |
| *Defendant* | § | |

**NOTICE OF DIRECTLY RELATED CASES**

1. *Fisherman's Harvest, Inc., et al v. United States*, Cause No. 05-840c is directly related to this case.

***Relationship of the Actions***

2. The events and facts giving rise to this action are identical to the events and facts giving rise to the directly related case listed above.

***Assignment of a Single Judge***

3. The assignment of these cases to a single judge and the consolidation of these cases into one case is likely to conserve judicial resources and will promote an efficient determination of the actions.

4. This case was originally filed in the Southern District of Texas and was transferred to the Court of Federal Claims and is therefore the older of the two cases.

Respectfully submitted,

s/ Paul W. O'Finan
Paul W. O'Finan
Texas Bar No. 24027376
Federal ID No. 30719
9597 Jones Road #317
Houston, Texas 77065
(713) 202-1776

ATTORNEY FOR PLAINTIFFS