IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHILDRESS SEAFOOD, INC.<br>W.F. CHILDRESS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1044C |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of MARLA T. CONNEELY as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-1011
Fax: (202) 307-0972

November 22, 2005