# In the United States Court of Federal Claims

No. 05-1044C

(Filed: December 15, 2005)

**********************************
**CHILDRESS SEAFOOD, INC., et al.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On December 8, 2005, Plaintiff attempted to file a Corporate Disclosure Statement pursuant to Rule 7.1 of the Rules of the Court of Federal Claims (RCFC); however, the attempted filing failed to comply with RCFC 5.3(g).

The Court hereby grants leave to file the Corporate Disclosure Statement despite the deficiency.

Plaintiff is ordered to comply with RCFC 5.3(g) in all future filings, that is, all future filings shall include the name of the judge assigned to the case under the docket number.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge