# In the United States Court of Federal Claims

No. 05-1044C

(Filed: January 25, 2006)

***********************************
**CHILDRESS SEAFOOD, INC., et al.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

In view of the consolidation of this case with *Fisherman's Harvest, Inc. v. United States* (05-840 C), the Joint Preliminary Status Report due February 6, 2006, is cancelled.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge