# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: January 25, 2006)

```
*********************************
                                   *
FISHERMAN'S HARVEST, INC., et al., *
                                   *
                  Plaintiffs,      *
                                   *
      v.                           *
                                   *
WEEKS MARINE, INC.                 *
                                   *
                  Intervenor Plaintiff *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
*********************************
```

**ORDER**

The Court DIRECTS the Clerk of Court to consolidate this case with *Fisherman's Harvest, Inc. v. United States* (No. 05-840). All future filings shall be made in 05-840, as captioned above.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge