**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY Plaintiffs,** | § | |
| **V.** | § | **NO. 05-840C (Chief Judge Damich)** |
| **THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS Defendants.** | § | |

**PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Plaintiffs, Childress Seafood, Inc. and W. F. Childress, as Movants herein, and as prescribed by RCFC 83.1(c)(4), request leave of Court to substitute Shannon T. Nash for Paul O'Finan as attorney of record for Plaintiffs, in the above-entitled and numbered cause, and in support thereof, would show the court the following:

I.

Shannon T. Nash has been employed to represent Plaintiffs. Mr. Nash has been admitted to practice before this Honorable Court. Paul O'Finan has agreed for the withdrawal of his services as the attorney of record for Movants and hereby agrees to the substitution of Shannon T. Nash as attorney of record . This substitution is not sought for delay only.

**WHEREFORE, PREMISES CONSIDERED**, Movants, Childress Seafood, Inc. and W. F. Childress pray for the Court to enter an order substituting Shannon T. Nash for Paul O'Finan, and

discharging Paul O'Finan as attorney of record for Movants, and for such other and further relief that may be awarded at law or in equity.

APPROVED TO AS TO FORM AND CONTENT:

s/ Paul O'Finan
PAUL O'FINAN

Respectfully submitted,

By: s/ Shannon T. Nash

Shannon T. Nash
Southern District of Texas Bar No. 222072
Texas State Bar No. 14811620
TOLLESON & NASH
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 [FACSIMILE]
**fishernash@charter.net**

Attorney for Plaintiffs,
Childress Seafood, Inc.
W. F. Childress

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing instrument has been served via E-File and/or certified U.S. Mail, return receipt requested, to all counsel of record on this the 3rd day of April, 2007.

s/ Shannon T. Nash

Shannon T. Nash
E-mail: **fishernash@charter.net**

David D'Alessandris
ATTORNEY FOR THE UNITED STATES AND
UNITED STATES ARMY CORPS OF ENGINEERS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 307-1011
FAX: (202) 514-8624
Via Electronic Transmission

KENNETH G. ENGERRAND
ATTORNEY FOR WEEKS MARINE, INC.
BROWN SIMS, P. C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)
Via Electronic Transmission

Paul O'Finan
ATTORNEY OF RECORD FOR
CHILDRESS SEAFOOD, INC.,
W. F. CHILDRESS
9597 Jones Road, #317
Houston, Texas 77065
Phone: (713) 202-1776
Via Electronic Transmission
E-Mail: **fionnain@isp.com**

DAVID ERIC BERNSEN

LAW OFFICE OF DAVID BERNSON, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
E-Mail:**andrea@davidbernsen.com**
ATTORNEY FOR PLAINTIFFS,
FISHERMAN'S HARVEST, INC.,
C. JOE NELSON, JR., DORIS MAE
NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

A. MARK FAGGARD
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
**amark-f@sbcglobal.net**
OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS, FISHERMAN'S HARVEST,
INC., C. JOE NELSON, JR., DORIS
MAE NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY** | § | |
| **Plaintiffs,** | § | |
| **V.** | § | **NO. 05-840C** |
| | § | **(Chief Judge Damich)** |
| **THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS** | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF APPOINTMENT**

Shannon T. Nash, having been duly sworn, deposes and says:

1. I am submitting this Affidavit in support of the Plaintiffs' Amended Motion for Substitution of Counsel (hereinafter "Motion") filed by Childress Seafood, Inc. and W. F. Childress, Movants herein.

2. I am over the age of twenty-one (21) years, have never been convicted of a felony, have personal knowledge of the facts and statements contained herein, and hereby swear that they are true and correct.

3. If called upon to testify as to the facts contained in this Motion, I could and would testify competently because the facts are personally known to me to be true.

4. I am an attorney licensed to practice in the State of Texas, as well as before this Honorable Court. My office address is 26510 Keith Street, Spring, Texas 77373. I have personal knowledge of the facts of this case.

5. I hereby state that I have read the Motion and that every statement contained therein is within my personal knowledge and is true and correct.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Further affiant sayeth not.

DATED this the 3rd day of April, 2007.

s/ *Shannon T. Nash*
Shannon T. Nash